## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

NOAM KOHL,

Plaintiff,

                                     Case No.: 10-61920-CIV-LENARD/TURNOFF

vs.

NORTHSTAR LOCATION SERVICES, LLC,

Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

     Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: February 11, 2011                  Respectfully submitted,

                                         /s Andrew I. Glenn
                                         Andrew I. Glenn
                                         E-mail:  AGlenn@cardandglenn.com
                                         Florida Bar No.:  577261
                                         J. Dennis Card, Jr.
                                         E-mail: DCard@cardandglenn.com
                                         Florida Bar No.  0487473
                                         Card & Glenn, P.A.
                                         2501 Hollywood Boulevard, Suite 100
                                         Hollywood, Florida 33020
                                         Telephone:  (954) 921-9994
                                         Facsimile:  (954) 921-9553
                                         Attorneys for Plaintiff